UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALAN B. GRIFFIN,

    Plaintiff,

v.                                             Case No: 8:14-cv-3144-T-36TGW

MAURY POVICH, MO PO
PRODUCTION INC and NBC
UNIVERSAL DISTRIBUTION,

    Defendants.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on December 24, 2014 (Doc. 5). In the Report and Recommendation, Magistrate Judge Wilson recommends that the complaint be dismissed, but with leave for the plaintiff to file, within thirty days, an amended complaint that complies with the Federal Rules of Civil Procedure. Magistrate Judge Wilson also recommends that the ruling on the request to proceed *in forma pauperis* be deferred. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)  A ruling on Plaintiff Alan B. Griffin's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **deferred,** pending receipt and review of the amended complaint.

(3)  Plaintiff's complaint (Doc. 1) is dismissed without prejudice.  Plaintiff is given leave to file an amended complaint within **THIRTY (30) DAYS** from the date of this order, which complies with the Federal Rules of Civil Procedure.  Failure to file an amended complaint within this time period will result in dismissal of this action without further notice.

**DONE AND ORDERED** at Tampa, Florida on January 13, 2015.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record

2